# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00105-01-CR-W-DGK |
| | ) | |
| IZEALL T. COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 26, 2019, the Grand Jury returned a two-count Indictment charging that on or about March 4, 2019, the Defendant Izeall T. Collins did knowingly and intentionally possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin (Count One), and did knowingly possess a firearm in furtherance of a drug trafficking crime, that is, possession of heroin with the intent to distribute as charged in Count One (Count Two).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Robert M. Smith and Stephanie Bradshaw
      Case Agent: Jennifer Waller, DEA, and a paralegal/financial analyst
    Defense: Lance M. Haley

**OUTSTANDING MOTIONS**:   \* Objections to the Report and Recommendation (Doc. #70) were due on or before May 8, 2022. No objections were filed.

| 04/07/2022 | view70 | REPORT AND RECOMMENDATION as to Izeall T. Collins re 61 Motion to Suppress. Objections to R&R due by 4/21/2022. Signed on 4/7/2022 by Magistrate Judge Lajuana M. Counts. (Bliss, Sue) (Entered: 04/07/2022) |
|---|---|---|
| 02/21/2022 | view61 | MOTION to suppress Evidence by Izeall T. Collins. Suggestions in opposition/response due by 3/7/2022 unless otherwise directed by the court. (Haley, Lance) (Entered: 02/21/2022) |

**TRIAL WITNESSES**:
    Government: 5-7 without stipulations
    Defendant: 1 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 20 exhibits
    Defendant: approximately 0 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
    Government's case including jury selection: 1½ to 2 day(s)
    Defendant: less than 1/2 day(s)

**STIPULATIONS**: Possible stipulations that the parties are still working out.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: Proposed witness list filed 5/17/22. **Due/updated lists due on or before May 24, 2022.**
        Defendant: **Due on or before May 24, 2022**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before June 1, 2022.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before June 1, 2022.**

**TRIAL SETTING**: Criminal jury trial docket set for June 6, 2022.

    **Please note:** Defense counsel requests the second week as he is unavailable on June 6, 2022. Defense counsel is available on, and after, June 7, 2022. Defendant does not object to continuing the matter to the week ending on June 24, 2022.

    **IT IS SO ORDERED**

                              */s/ Lajuana M. Counts*
                              LAJUANA M. COUNTS
                              UNITED STATES MAGISTRATE JUDGE