IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:19-CR-00105-DGK-1 |
| IZEALL T. COLLINS, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court is Defendant Izeall T. Collins' Motion to Suppress, ECF No. 61, and United States Magistrate Judge Lajuana M. Count's Report and Recommendation, ECF No. 70, recommending the Court deny the motion. Neither party objected to the Report and Recommendation.

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1, the Court agrees with the Magistrate's thorough and well-reasoned opinion holding that Defendant's Fourth and Fifth Amendment rights were not violated.

The Court ADOPTS the Report and Recommendation and DENIES the motion.

**IT IS SO ORDERED.**

Date:  May 18, 2022              /s/ Greg Kays
                                 GREG KAYS, JUDGE
                                 UNITED STATES DISTRICT COURT